UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Reynaldo Rodriguez-Maldonado

   v.                                                  Case No. 24-cv-289-SE

United States of America

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 16, 2025 (doc. no. 4). For the reasons explained therein, plaintiff's initial petition is construed as a § 2255 motion challenging the judgment of conviction and sentencing in United States v. Rodriguez-Maldonado, No. 5:22-cr-939 (S.D. Tex) and the Clerk of Court shall transfer this matter to the Southern District of Texas.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

                                                                       _____
                                                                       Samantha D. Elliott
                                                                       United States District Judge

Date: June 30, 2025

cc:   Reynaldo Rodriguez-Maldonado, pro se